**Opinion issued June 9, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00321-CV

———————————

## RING & RING D/B/A WRIGHT'S AMUSEMENTS, Appellant

## V.

## SHARPSTOWN MALL TEXAS, LLC, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-71771A**

## MEMORANDUM OPINION

On April 1, 2016, Ring & Ring d/b/a Wright's Amusements filed a notice of appeal from a final judgment signed December 21, 2015, and the appeal was assigned to this Court and docketed under our appellate cause number 01–16–00321–CV. The same appeal was also assigned to the Fourteenth Court of Appeals and docketed under their appellate cause

number 14–16–00269–CV.  Because this Court has the related appeal, 01–15–00537–CV, the Fourteenth Court of Appeals transferred their appeal in cause number 14–16–00269–CV to this Court, which was then docketed as appellate cause number 01–16–00341–CV. Thus, we now have two appeals, 01–16–00321–CV and 01–16–00341–CV, which are both appeals from a final judgment signed December 21, 2015, in trial court cause number 2010–71771A, with notices of appeal filed by Ring & Ring on April 1, 2016.

Because we have determined these are duplicate appeals, we consolidate the two appeals, 01–16–00321–CV and 01–16–00341–CV.  Any records and documents filed in appellate cause number 01–16–00321–CV are consolidated into appellate cause number 01–16–00341–CV.  The consolidated appeal shall proceed under appellate cause number 01–16–00341–CV.

Appellate cause number 01–16–00321–CV is dismissed.  *See BBG Group, L.L.C. v. MBI Global, L.L.C.*, No. 14–12–00247–CV, 2012 WL 3241557, at *1 (Tex. App.—Houston [14th Dist.] Aug. 9, 2012, no pet.) (mem. op.) (consolidating appeals from same judgment into one appellate cause and dismissing other appellate cause); *Livingston v. Arrington*, No. 03–11–00197–CV, 2011 WL 2297705, at *1 (Tex. App.—Austin June 10, 2011, no pet.) (mem. op.) (same).

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.